AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
                           COUNSEL/PARTIES OF RECORD

            DEC 20 2022

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| | |
|---|---|
| United States of America v. | ) |
| | ) Case No.  2:22-mj-00984-VCF |
| CATHERINE ANN SKIDMORE | ) |
| | ) Charging District:  District of Idaho |
| | ) |
| Defendant | ) Charging District's Case No. 1:22-cr-283-DCN |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | United States District Court<br>550 W. Ford Street<br>Boise, ID 83724 | Courtroom No.: 6 |
|---|---|---|
| | | Date and Time: 1/3/2023 at 1:30 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: December 20, 2022

_____
*Judge's signature*

CAM FERENBACH, United States Magistrate Judge
*Printed name and title*